# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

RICHARD ALLS                                                      PLAINTIFF

V.                          No. 3:22-CV-26-JTR

KILOLO KIJAKAZI, Acting Commissioner,
Social Security Administration                          DEFENDANT

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is AFFIRMED. Judgment is entered in favor of the Defendant.

DATED this 27th day of February, 2023.

_____
UNITED STATES MAGISTRATE JUDGE